UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QARWASH MOHSN AWAD, | ) |
| Plaintiff, | ) |
| v. | ) No. 15 c 6146 |
| John Kerry, United States Secretary of State, Department of State, Patrick F. Kennedy, Under Secretary for Management, Michele Thoren Bond, Assistant Secretary of State for Consular Affairs, Florence Fultz, Managing Director Passport Services Directorate, | ) Honorable Gary Feinerman |
| Defendants. | ) |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5300
    craig.oswald@usdoj.gov