## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Qarwash Mohsn Awad

                        Plaintiff,

v.                                         Case No.: 1:15−cv−06146
                                         Honorable Gary Feinerman

John Kerry, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2015:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 10/8/2015 at 9:00 a.m. Defendants reported that they intend to file a motion to dismiss by 10/5/2015 and that the motion will address whether this is an APA case.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.