IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

QARWASH MOHSN AWAD,

        Plaintiff,

vs.                              Civil No. 15-cv-06146

JOHN F. KERRY, Secretary of the        Honorable Gary Feinerman
United States Department of State, *et al.*,

        Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, by and through their attorney, Stacey I. Young, Senior Litigation Counsel, Office of Immigration Litigation - District Court Section, move for summary judgment pursuant to Fed. R. Civ. P. 56 because the agency's decision was not arbitrary or capricious. In support of this motion, Defendants file contemporaneously a brief in support setting forth the reasons this Court should grant their summary judgment motion, as well as a statement of undisputed material facts that is supported by the sealed Certified Administrative Record.

WHEREFORE, the Court should grant summary judgment for Defendants, and each party should bear its own costs and fees.

//
//
//
//
//
//
//

Dated: January 15, 2016

BENJAMIN C. MIZER
Principal Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

COLIN A. KISOR
Deputy Director Director

s/ Stacey I. Young
STACEY I. YOUNG
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 2004
Phone: (202) 305-7171
Facsimile: (202) 305-7000
Email: stacey.young@usdoj.gov

*Attorneys for Defendants*